UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number:_____

**Arman Mehrani**
(Write the full name of the plaintiff)

vs. **Brisas der Mar LTD partnership**

_____

_____

FILED BY \_\_\_\_ D.C.

JUN 15 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

(Write the full name of the defendant/s in this case)

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**I. Party Information**

A. Plaintiff: **Arman Mehrani**

Address: **525 79th St. #8 Miami Beach FL. 33141**

Inmate/Prison No.:_____

*Year* of Birth: **1962** (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: **Brisas del Mar LTD**    Defendant:_____

Official Position:_____    Official Position:_____

Place of Employment:_____    Place of Employment:_____

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I am a 58 years old non-hispanic male. I tried to apply to 55 and over building in Miami Florida. The manager did not want to attend to me when I went there to apply and sent me on a wild-goose-chase. The proper procedure of similar buildings under The Summ company is to provide me an application and processing. After very many attempts, it became evident she did not want me as a tenant. I brought the case to HUD office in ATLANTA. Mrs. Jessica A Beracchi told me if her boss sees merit in my case, they would start an investigation. The investigation started 8-9 months ago.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Monetary damages

_____

_____

**IV. Jury Demand**

Are you demanding a jury trial?    ✓ Yes    ___ No

Signed this  Jun  day of  15 , 20 20

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on:_____

_____
Signature of Plaintiff